UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 21 CR 392 |
| | ) | Hon. Mary M. Rowland |
| EDMOND HARRIS | ) | |

## UNOPPOSED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS

The United States of America, by JOHN R. LAUSCH JR., United States Attorney for the Northern District of Illinois, moves pursuant to Fed. R. Crim. P. 17(c)(1) for the entry of an order allowing early return of trial subpoenas, and in support thereof states as follows:

1. The indictment in this case charges the defendant with one count of carjacking resulting in death, in violation of Title 18, United States Code, Section 2119(3), one count of discharging a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii), and one count of causing death through discharge of a firearm during and in relation to a crime of violence, in Title 18, United States Code, Section 924(j).

2. Rule 17(c)(1) provides that trial subpoenas may be issued to obtain documents and other materials, and that the Court may direct witnesses to produce the subpoenaed materials prior to trial.

3. The government respectfully requests that the Court issue an order authorizing both the government and defendant to obtain the early return of trial subpoenas, with discovery of the materials obtained pursuant to the issuance of the

trial subpoenas. Namely, the government seeks to serve a subpoena to Mt. Sinai Hospital for additional records.

4. Obtaining documents prior to trial may ultimately save time by allowing the parties to review subpoenaed materials in a timely fashion, making the parties' trial preparation more efficient, and it may help to avoid delay and surprise.

5. The defendant, Edmond Harris, by his attorney, Keith Spielfogel, does not oppose this motion.

WHEREFORE, the government respectfully moves this Court to enter an order authorizing both the government and defendant to obtain early return of trial subpoenas, with discovery of any subpoenaed materials that are obtained.

Respectfully submitted,

JOHN R. LAUSCH JR.
United States Attorney

By: s/ *Michelle Kramer*
MICHELLE KRAMER
Assistant United States Attorney