# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                         Case No.: 1:21−cr−00392

                                                          Honorable Mary M. Rowland

Edmond Harris, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2025:

      MINUTE entry before the Honorable Mary M. Rowland as to Edmond Harris: The Court strikes the status hearing set for 6/4/25 at 9:00 AM and resets the status to 8/6/25 at 10:00 AM. Mr. Harris is to be present. Time has previously been excluded to the trial date in April 2026 [164]. The court is extending the status sua sponte because the DOJ is reconsidering its previous decision to not seek the death penalty. This reconsideration is being done on an expedited basis. The Court has never known the DOJ to reconsider such a decision not based on the facts of the case. The Court anticipates that the prosecutors and the defense counsel are immersed in preparing for that exercise and a status before this Court would not serve a useful purpose. If defense counsel would like Mr. Harris brought to the federal building for a 24th floor meeting, they could notify the court room deputy. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.